U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

MAY 16 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID LOUIS WHITEHEAD | CIVIL ACTION NO. 12-cv-0399 |
| VERSUS | JUDGE HAIK |
| WHITE & CASE, LLP, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed** for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the Clerk of Court is ordered to decline any civil complaint submitted by David Louis Whitehead unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed. **IT IS ALSO ORDERED** that any motion to proceed *in forma pauperis* that accompanies such a complaint be referred to a district judge for action.

THUS DONE AND SIGNED at ~~Shreveport~~ Lafayette, Louisiana, this the 15th day of May, 2012.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 5-16-12
BY CL
TO qb